UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFONSO AVILA SANCHEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>MORGAN STANLEY MORTGAGE LOAN TRUST 2005-6AR, et al.,<br><br>    Defendants. | Case No.  5:14-cv-01568 HRL<br><br>**ORDER THAT CASE BE REASSIGNED TO A DISTRICT JUDGE** |

On May 12, 2014, defendants moved to dismiss the complaint.  Pursuant to Civil Local Rule 73-1, all parties were required to file, no later than May 22, 2014, either (1) a Consent to Proceed Before a United States Magistrate Judge or (2) a Declination to Proceed Before a Magistrate Judge and Request for Reassignment to a United States District Judge.  Despite reminders from the court, not all parties have done so.  Accordingly, IT IS ORDERED THAT the Clerk of the Court shall reassign this case to a District Judge.  28 U.S.C. § 636; Civ. L.R. 73-1.

Dated:  May 28, 2014

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1   5:14-cv-01568-HRL Notice has been electronically mailed to:

2   Jennifer Muse     jsm@amclaw.com, amc@amclaw.com, sap@amclaw.com

4   5:14-cv-01568-HRL Notice sent by U.S. Mail to:

5   Alfonso Avila Sanchez
    1110 Keldon Drive
6   San Jose, CA 95121

2