**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ALFONSO AVILA SANCHEZ, | CASE NO. 5:14-cv-01568 EJD |
| Plaintiff(s), | **ORDER DISMISSING CASE WITHOUT PREJUDICE** |
| v. | |
| MORGAN STANLEY MORTGAGE LOAN TRUST 2005-6AR; et. al., | |
| Defendant(s). | |

The court has construed Plaintiff Alfonso Avila Sanchez's Motion to Voluntarily Dismiss (Docket Item Nos. 14, 15) as a notice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Accordingly, the above-entitled action is DISMISSED WITHOUT PREJUDICE. The Clerk shall close this file.

**IT IS SO ORDERED.**

Dated: September 10, 2014

EDWARD J. DAVILA
United States District Judge